No. 87–5169.   SMITH v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 87–5304.   PENNELL v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 87–5344.   GAUS v. BLUFFTON BANNER NEWSPAPER ET AL. C. A. 7th Cir.   Certiorari denied.

No. 87–5432.   WEICHERT v. UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT.   C. A. 2d Cir.   Certiorari denied.

No. 87–5474.   TUITT v. FAIR, COMMISSIONER, MASSACHUSETTS DEPARTMENT OF CORRECTION.   C. A. 1st Cir.   Certiorari denied.

No. 87–5477.   ANA LEON T. v. FEDERAL RESERVE BANK OF CHICAGO ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 87–5479.   VEARRIER v. POLK COUNTY HUMANE SOCIETY ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 87–5480.   SEABORN v. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.   C. A. 4th Cir.   Certiorari denied.

No. 87–5484.   KEMPER v. ESTELLE, WARDEN.   C. A. 9th Cir. Certiorari denied.

No. 87–5486.   CLARK v. WOOD, WARDEN.   C. A. 8th Cir. Certiorari denied.

No. 87–5492.   CROSS v. MCMACKIN, SUPERINTENDENT, MARION CORRECTIONAL INSTITUTION.   C. A. 6th Cir.   Certiorari denied.

No. 87–5497.   PIERCE v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 87–5501.   MOODY v. FERGUSON.   C. A. 5th Cir.   Certiorari denied.